UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-11520-smr |
| | § | |
| DARREN K. CHRISTENSEN and | § | CHAPTER 11 |
| REBECCA K. CHRISTENSEN, | § | |
| | § | |
| DEBTORS. | § | (SUBCHAPTER V) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT:

1. The hearing on Prosperity Bank's Motion for Relief From Stay of Action Against Property (ECF No. 67; "Motion") has been re-set for **June 16, 2025 at 2:00 p.m. (CT)** at the United States Bankruptcy Court, Courtroom No. 1, 903 San Jacinto Blvd., Austin, TX 78701.

2. The hearing on confirmation of the Debtors' Amended Chapter 11 Subchapter V Plan of Reorganization (ECF No. 70) has been re-set for **June 16, 2025 at 2:00 p.m. (CT)** at the United States Bankruptcy Court, Courtroom No. 1, 903 San Jacinto Blvd., Austin, TX 78701.

Respectfully submitted,

**FRITZ BYRNE, PLLC**
402 West Seventh Street
Austin, Texas 78701
Telephone: (512) 322-4708
Telecopier: (512) 477-5267

By:   */s/ Lisa C. Fancher*
Lisa C. Fancher
Texas State Bar No.06800275
lfancher@fritzbyrne.law

**ATTORNEYS FOR PROSPERITY BANK**

## CERTIFICATE OF SERVICE

I certify by my signature below that copies of this Notice of Hearing are being served through ECF upon all parties registered to receive electronic notice in this case on May 16, 2025, including **the attorney for the Debtor, the Subchapter V Trustee and the U.S. Trustee,** and by first class U.S. mail, postage prepaid, upon:

Darren K. Christensen
Rebecca R. Christensen
14804 Rock Cliff Dr.
Leander, TX 78641
***Debtors***

and upon all parties shown on the attached service list.

*/s/ Lisa C. Fancher*
Lisa C. Fancher

```
Label Matrix for local noticing          U.S. BANKRUPTCY COURT                    A-Plus
0542-1                                   903 SAN JACINTO, SUITE 322                1255 Corporate Dr
Case 24-11520-smr                        AUSTIN, TX 78701-2450                     Irving, TX 75038-2562
Western District of Texas
Austin
Mon Apr 21 21:49:11 CDT 2025

American Express Business Line of Credit  American Express Gold                   American Express National Bank
200 Vesey Street                          200 Vesey Street                         c/o Becket and Lee LLP
New York, NY 10285-1000                   New York, NY 10285-0002                  PO Box 3001
                                                                                   Malvern  PA 19355-0701


American Express National Bank, AENB      American Express Platinum                American Express Plum
c/o Zwicker and Associates, P.C.          200 Vesey Street                         200 Vesey Street
Attorneys/Agents for Creditor             New York, NY 10285-0002                  New York, NY 10285-0002
P.O. Box 9043
Andover, MA 01810-0943


Bauwerk Solutions LLC                     Bauwerk Solutions LLC                    Coast Professional, Inc
6612 Orchard Hill Drive                   c/o Ron Satija                           PO Box 425
Austin, TX 78739-1422                     Hayward PLLC                             Geneseo, NY 14454-0425
                                          7600 Burnet Rd, Ste 530
                                          Austin, TX 78757-1269


DISCOVER BANK                             Discover                                 Lowes Business Acct/SYNCB
P.O. BOX 3025                             2500 Lake Cook Road,                     PO Box 669824
NEW ALBANY, OH 43054-3025                 Riverwoods, IL 60015-3801                Dallas, TX 75266-0781



(p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR  Prosperity Bank                    Prosperity Bank
3801 AUTOMATION WAY                       3434 East Palm Valley Blvd               c/o Lisa C. Fancher
STE 207                                   Round Rock, TX 78665-3906                Fritz Byrne, PLLC
FORT COLLINS CO 80525-5735                                                         402 West Seventh St.
                                                                                   Austin, TX 78701-2808


(p)ROUNDPOINT MORTGAGE SERVICING CORPORATION  Sloan Servicing on behalf of Trellis Company  Synchrony Bank
446 WRENPLACE ROAD                        Trellis Company                          by AIS InfoSource LP as Agent
FORT MILL SC 29715-0200                   PO Box 83100                             4515 N Santa Fe Ave
                                          Round Rock TX 78683-3100                 Oklahoma City, OK 73118-7901


Synchrony Bank                            Synchrony Bank  Amazon                   Synchrony Home-Relax the Back
by AIS InfoSource LP as agent             PO Box 71711                             PO Box 71715
PO Box 4457                               Philadelphia, PA 19176-1711              Philadelphia, PA 19176-1715
Houston, TX  77210-4457


TH MSR Holdings LLC                       TH MSR Holdings LLC                      TH MSR Holdings LLC,
c/o Codilis & Moody PC                    c/o RoundPoint Mortgage Servicing LLC    c/o Codilis & Moody, P.C.
20405 State Hwy 249 #170                  446 Wrenplace Road                       20405 State Highway 249, Suite 170
Houston TX 77070-2620                     Fort Mill, SC 29715-0200                 Houston, TX 77070-2620


Trailblazer Consulting LLC                Travis County c/o Jason A. Starks        Truist Bank
270 N Denton Tap Road, #120               PO Box 1748                              214 N Tryon Street, Suite 3
Coppell, TX 75019-2133                    Austin, Texas 78767-1748                 Charlotte, NC 28202-1023
```

| | | |
|---|---|---|
| Truist Bank<br>PO Box 791622<br>Baltimore, MD 21279-1622 | Truist Bank, Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Darren K Christensen<br>14804 Rock Cliff Dr<br>Leander, TX 78641-8249 |
| Kell C. Mercer<br>Kell C. Mercer, P.C.<br>901 S MoPac Expy, Bldg 1, Suite 300<br>Austin, TX 78746-5883 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 | Rebecca R Christensen<br>14804 Rock Cliff Dr<br>Leander, TX 78641-8249 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Pawnee Leasing Corporation<br>3801 Automation Way Suite 207<br>Fort Collins, CO 80501 | Roundpoint Mortgage Servicing<br>446 Wrenplace Rd<br>Fort Mill, SC 29715 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| (d)US Bank<br>PO Box 790408<br>St. Louis, MO 63179-0408 | End of Label Matrix<br>Mailable recipients 38<br>Bypassed recipients 0<br>Total 38 | |